JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone:  (858) 487-9300
Facsimile: (858) 487-9390
jmandour@mandourlaw.com

Attorneys for plaintiff,
CBUS WIRELESS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV11 - 10774 RGK (SSx)

| | |
|---|---|
| CBUS WIRELESS, LLC, an Ohio Limited Liability Company, | Civil Case No. _____ |
| Plaintiff, | COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING, UNFAIR COMPETITION, PASSING OFF AND OTHER RELIEF |
| v. | |
| ACCESSORY EXPORT, LLC, a California Limited Liability Company; BEING WIRELESS INC., a California Corporation; CRAZYONDIGITAL, INC., a California Corporation; LOWER PRICE USA, a California Corporation; RS COMMUNICATIONS, INC., a California Corporation, and FOSMON DISTRIBUTING, LLC, a Minnesota Limited Liability Company; | DEMAND FOR JURY TRIAL |
| Defendants. | |

Plaintiff CBUS WIRELESS, LLC (hereinafter "plaintiff" or "CBUS WIRELESS"), by and through its counsel, alleges against defendants ACCESSORY EXPORT, LLC, BEING WIRELESS, INC., CRAZYONDIGITAL, INC., LOWER PRICE USA, FOSMON DISTRIBUTING, LLC and RS COMMUNICATIONS, INC. (collectively referred to herein as "defendants") as follows:

## NATURE OF THE ACTION

1.     This is an action for false designation of origin and passing off pursuant to 15 U.S.C. § 1125 and state and common law, and false advertising and unfair competition under state law and common law.

## THE PARTIES

2.     Plaintiff CBUS WIRELESS, LLC is an Ohio limited liability company corporation with a place of business in Irvine, California.

3.     On information and belief, defendant ACCESSORY EXPORT, LLC is or purports to be a California limited liability company having a principle place of business in Riverside, CA.

4.     On information and belief, defendant BEING WIRELESS INC. is or purports to be a California corporation having a principle place of business in Corona, CA.  Further on information and belief, defendant BEING WIRELESS INC. does business under the name MyFavCell.

5.     On information and belief, defendant CRAZYONDIGITAL, INC. is or purports to be a California corporation having a principle place of business in Livermore, CA.

6.     On information and belief, defendant LOWER PRICE USA is or purports to be a California corporation having a principle place of business in Walnut, CA.

7.     On information and belief, defendant RS COMMUNICATIONS INC. is or purports to be a California corporation having a principle place of business in Sherman Oaks, CA.  Further on information and belief, defendant RS COMMUNICATIONS INC. does business under the name AccesoryOne.com.

8.     On information and belief, defendant FOSMON DISTRIBUTING, LLC is or purports to be a California corporation having a principle place of business in Woodbury, MN. Further on information and belief, defendant FOSMON DISTRIBUTING, LLC does business under the name SF PLANET.

## JURISDICTION AND VENUE

9.     This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. §

1338 because the action arises under the trademark laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

10. This Court has personal jurisdiction over defendants because defendants reside in the Central District of California or have transacted business in the Central District of California. Further, on information and belief, the defendants systematically and continuously direct business activities toward and into the Central District of California. In addition, actual consumer confusion caused by defendants has occurred within the Central District of California.

11. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim for false designation of origin and unfair competition occurred in this district and defendants have significant contacts with the district.

## **FACTS**

12. CBUS WIRELESS is an electronics accessory manufacturer, supplier and seller having a principal place of business in Irvine, California.

13. CBUS WIRELESS is the owner of the trademark CBUS WIRELESS and related designs which is used in conjunction with the sale of electronic device accessories. An exemplary CBUS WIRELESS product bearing the CBUS WIRELESS trademark is shown in **Exhibit A** attached hereto. CBUS WIRELESS began using the CBUS WIRELESS trademark in interstate commerce as a source designator at least as early as October 5, 2010. As such, it has established priority of use. The CBUS WIRELESS trademark and related design are inherently distinctive and recognized by the relevant consuming public as plaintiff's marks.

14. CBUS WIRELESS sells multiple products branded with the CBUS WIRELESS trademark online, including on the third-party website Amazon.com. CBUS WIRELESS' product listings on Amazon.com display photos of the products and their packaging. The CBUS WIRELESS trademark appears in the listing's title, the listed manufacturer and in photos on the product packaging.

15. Defendants are also in the business of selling electronic device accessories. Defendants sell similar and related products online on Amazon.com. Defendants sell products

1   that are unmarked and in generic packaging that are not CBUS WIRELESS brand goods.

2        16.    On information and belief, defendants sell their products on Amazon.com by

3   creating product listings that use the CBUS WIRELESS trademark.  Defendants further

4   misappropriate CBUS WIRELESS' product photos to sell their products.  Exemplary printouts

5   of listings wherein defendants falsely claim to sell CBUS WIRELESS' products are attached

6   hereto as **Exhibit B**.

7        17.    Defendants' unlawful use of the CBUS WIRELESS trademark has caused actual

8   confusion amongst consumers and initial interest confusion as to the origin of their respective

9   products and services.  Attached hereto as **Exhibit C** are various comments by Amazon.com

10  users who are confused as to discrepancies between the product listed and the product sold.

11       18.    As a result, defendants' customers purchase products expecting a CBUS

12  WIRELESS product based on descriptions and photos, but instead receive defendants' products.

13       19.    On information and belief, defendants have adopted the designation CBUS

14  WIRELESS in a willful attempt to piggyback off of plaintiff's goodwill and reputation in the

15  electronic accessories industry, and to divert business away from plaintiff and to defendants.

16       20.    CBUS WIRELESS invests substantial sums in producing its goods and in

17  marketing its CBUS WIRELESS trademark.  CBUS WIRELESS has established substantial

18  goodwill and brand recognition with the consuming public.

19       21.    Defendants' use of CBUS WIRELESS' trademark, goodwill, photos and

20  descriptions is likely to cause confusion among consumers who expect to receive a CBUS

21  WIRELESS product and receive defendants' products.  Moreover, on information and belief,

22  defendants' products are inferior to CBUS WIRELESS' and unlabeled resulting in consumer

23  confusion as to the quality as well as source of CBUS WIRELESS' products.

24       22.    Plaintiff has been irreparably harmed and has suffered economic loss as well as

25  the loss of good will from defendants' unlawful and willful acts.  Because damages will

26  constitute an insufficient remedy, plaintiff requires equitable relief in the form of a permanent

27  injunction restraining defendants' continued activity regarding the CBUS WIRELESS source

28  designation.

# CLAIMS FOR RELIEF

## First Claim for Relief

### (False Designation of Origin – 15 U.S.C. § 1125)

23.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 22 of the Complaint as though fully set forth herein.

24.     On information and belief, defendants willfully and intentionally adopted and used marks confusingly similar to plaintiff's CBUS WIRELESS mark to steal plaintiff's goodwill.

25.     Additionally, defendants have caused or are likely to have caused confusion and reverse confusion amongst consumers as to the quality and source of plaintiff's products

26.     By reason of the foregoing and upon information and belief, defendants have violated Section 43 of the Lanham Act (15 U.S.C. § 1125(a)) by using, in connection with their goods and advertisements, false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection, or association of CBUS WIRELESS with defendants and as to the origin, sponsorship, or approval of defendants' goods and commercial activities.

27.     By reason of the foregoing unlawful acts recited in paragraphs, CBUS WIRELESS has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damage award, including increased treble damages and attorneys' fees, are imposed by this Court against defendants.

## Second Claim for Relief

### (State Law False Advertising – Cal. B&P §17500)

28.     CBUS WIRELESS realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 27, inclusive.

29.     By engaging in the acts and conduct alleged above in this Complaint, defendants have, on information and belief, acted with the intent to sell, offer and/or induce the public to purchase, by statements in advertising media concerning defendants' goods and services which are untrue and misleading, and which defendants know are untrue and misleading.

30. By the aforesaid acts, defendants have engaged in false advertising in violation of California Business and Professions Code § 17500, et seq., resulting in injury in fact and loss of money and/or property by CBUS WIRELESS in an amount to be proven at trial.

31. CBUS WIRELESS has been irreparably injured by reason of defendants' false advertising.

32. Defendants proceeded with the aforesaid acts of false advertising deliberately and willfully and said acts have caused CBUS WIRELESS serious and irreparable injury.

33. CBUS WIRELESS is informed and believes, and on that basis alleges, that defendants acts may also have resulted in substantial profits to defendants, to which defendants are not entitled.

## Third Claim for Relief

### (State Law Unfair Competition – Cal. B&P §17200)

34. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 33 the Complaint as though fully set forth herein.

35. Defendants' acts, as set forth above in paragraphs 1-33 inclusive, constitute unfair competition as defined in California Business and Professions Code § 17200, *et seq.*, all to the damage of plaintiff as previously alleged.

## Fourth Claim for Relief

### (Common Law Unfair Competition)

36. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 36 the Complaint as though fully set forth herein.

37. Defendants' acts, as set forth above, constitute unfair competition as defined under California common law, all to the damage of plaintiff as previously alleged.

## Fifth Claim for Relief

### (Common Law Passing Off)

38. CBUS WIRELESS re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 37, inclusive.

39. Defendants have, in connection with the marketing of goods or services, made

representations relating to their own goods, services, and/or commercial activities that are likely to deceive or mislead prospective purchasers, to the commercial detriment of CBUS WIRELESS, by causing the mistaken belief that defendants are the agent, affiliate, or associate of CBUS WIRELESS and/or that the goods or services that defendants market are produced, sponsored, or approved by CBUS WIRELESS.

40. The representations defendants made were unprivileged.

41. Defendants' representations are likely to affect the conduct of prospective purchasers.

42. There is a reasonable basis for believing that defendants' representations have caused or are likely to cause a diversion of trade from CBUS WIRELESS and/or harm to CBUS WIRELESS' reputation and/or good will.

43. Defendants' acts complained of herein constitute passing off under the common law of the State of California.

44. Defendants' acts complained of herein also constitute unfair competition under the common law of the State of California.

45. Defendants' passing off and unfair competition under the common law of California has damaged and will continue to damage CBUS WIRELESS' goodwill and reputation and has resulted in a loss of revenue to CBUS WIRELESS in an amount to be determined.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

    i. infringing plaintiff's trademarks;

    ii. competing unfairly with plaintiff in any manner, including infringing any of plaintiff's trademark rights; and

iii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

B. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them shall stop posting any listings on www.amazon.com for screen guards, car chargers, cell phone cases or any related goods where said listing contains the term "Cbus" or any confusingly similar mark.

C. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them shall stop posting any listings on www.amazon.com for screen guards, car chargers, cell phone cases or any related goods where said listing uses any image, photograph, or depiction of CBUS WIRELESS goods.

D. Defendants shall file with the Court and serve on plaintiff, within 30 days after the entry and service on defendants of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendants have complied with the provisions of subparagraphs (A), (B) and (C) above.

E. CBUS WIRELESS recovers all damages it has sustained as a result of defendants' false designation of origin and unfair competition.

F. Plaintiff be awarded defendants' profits, corrective advertising damages and enhanced damages.

G. An accounting be directed to determine defendants' profits resulting from their infringement and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

H. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

I. Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

J. Plaintiff be awarded treble damages pursuant to 15 U.S.C. § 1117 or any other relevant statute.

K. Plaintiff be awarded punitive damages pursuant to, *inter alia*, California common

law, Business and Professions Code § 14250, and any other relevant statute.

L.   Plaintiff receive all other relief the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: December 29, 2011          MANDOUR & ASSOCIATES, APC


_____
Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for plaintiff,
CBUS WIRELESS, LLC

**EXHIBIT A**

EXHIBIT A





EXHIBIT A

**EXHIBIT B**

EXHIBIT B



EXHIBIT B



EXHIBIT B

**EXHIBIT C**

EXHIBIT C

⭐☆☆☆☆ **Product is not what you see**, November 23, 2010
By **Prashant Pandya** (EDISON, NJ, US) - See all my reviews
Amazon Verified Purchase (What's this?)
This review is from: **Cbus Wireless Black Silicone Case / Skin / Cover, LCD Screen Guard / Protector & Car Charger for Samsung Captivate SGH-I897 (Wireless Phone Accessory)**
I am greatly disappointed upon receiving this product. Screen protectors are not the ones shown on the item images, looks like there are made for some smaller screens. They do not cover the entire screen; bottom section of the screen (about 1/4 of an inch) does not get covered with this screen protector and you can easily get scratches onto the screen near to the home keys.

I would rather use my cellphone without this screen protector as it does not do any good in protecting the screen.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

⭐⭐☆☆☆ **wrong color**, January 20, 2011
By **tink21** - See all my reviews
Amazon Verified Purchase (What's this?)
This review is from: **Cbus Wireless Hot Pink Silicone Case / Skin / Cover for HTC Droid Incredible / ADR6300 (Wireless Phone Accessory)**
The cover is nice.. but it was not hot pink like the description said...it was light pink.. I kept it cause it was cheap and I like pink... but I was disappointed it wasn't the one I want it.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

⭐☆☆☆☆ **screen protectors do not fit Droid Eris**, January 6, 2011
By **Darrell** - See all my reviews
Amazon Verified Purchase (What's this?)
This review is from: **Cbus Wireless Three LCD Screen Guards / Protectors for HTC Droid Eris (Wireless Phone Accessory)**
Just got these and they are not as described. They are way to large and not made to fit the Eris. Not as shown in picture.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

⭐⭐☆☆☆ **Wasn't the right one.**, February 15, 2011
By **HenLop** - See all my reviews
Amazon Verified Purchase (What's this?)
This review is from: **White Silicone Skin / Case / Cover for HTC myTouch 4G (Wireless Phone Accessory)**
I ordered this item and received it within two days but it wasn't the item as described. I received a some what clear silicone soft case instead of a white one. I contacted the shipper and they had said that they do not have a white case that the add needed to be taken down, they did offer a refund.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

⭐☆☆☆☆ **Not what I ordered**, February 19, 2011
By **disappointed** - See all my reviews
Amazon Verified Purchase (What's this?)
This review is from: **White Silicone Case / Skin / Cover for HTC Droid Incredible ADR6300 (Wireless Phone Accessory)**
I got a clear see through case, not a white case like the picture. I would like it if you would send what you are advertising for, or take down the picture that shows something that you do not send to your customers. it is disappointing to know that you show one thing on this website, and send a totally different product. i have been waiting for days to get this, and it isn't what i wanted.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

⭐⭐☆☆☆ **Too small, not what I wanted**, August 27, 2011
By **TheSmiths** - See all my reviews
This review is from: **Three LCD Screen Guards / Protectors for LG Chocolate Touch VX8575 / VX-8575 (Wireless Phone Accessory)**
These are just small rectangular pieces that cover only where you type and seem to just barely fit the screen. The 2nd & 3rd advertising pictures are wrong & show differently. I'm sure they work fine, but it is not what I wanted.

Help other customers find the most helpful reviews        Report abuse  |  Permalink
Was this review helpful to you?  (Yes)  (No)        💬 Comment

EXHIBIT C

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV11- 10774 RGK (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Email: jmandour@mandourlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBUS WIRELESS, LLC, an Ohio Limited Liability Company, <br><br> PLAINTIFF(S) <br><br> v. <br><br> ACCESSORY EXPORT, LLC, a California Limited Liability Company; BEING WIRELESS INC., a California Corporation; CRAZYONDIGITAL, INC., a California Corporation; LOWER PRICE USA, a California Corporation; RS COMMUNICATIONS, INC., a California Corporation, and FOSMON DISTRIBUTING, LLC, a Minnesota Limited Liability Company; <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11 - 10774 RGK (SSx) <br><br> SUMMONS |

TO:    DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Joseph A. Mandour_____, whose address is _Mandour & Associates, APC, 16870 W. Bernardo Dr., Ste. 400 San Diego, CA, 92127____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

DEC 29 2011

Clerk, U.S. District Court

Dated: _____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>CBUS WIRELESS, LLC, an Ohio Limited Liability Company | DEFENDANTS<br>ACCESSORY EXPORT, LLC, a California Limited Liability Company; BEING WIRELESS INC., a California Corporation; CRAZYONDIGITAL, INC., a California Corporation; LOWER PRICE USA, a California Corporation; RS COMMUNICATIONS, INC., a California Corporation, and FOSMON DISTRIBUTING, LLC, a Minnesota Limited Liability Company |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Mandour & Associates, APC, 16870 W. Bernardo Drive, Suite 400, San Diego, California 92127, (858) 487-9300 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125, False Designation of Origin and other related claims

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY / PERSONAL INJURY | PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11 10774

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ohio: Cbus Wireless LLC | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Alameda: CrazyOnDigital, Inc.; Minnesota: Fosmon Distributing, LLC  Riverside: Accessory Export, LLC, Being Wireless Inc.;  Los Angeles: Lower Price USA; RS Communications, Inc. | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange: All claims | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved                                                                                    .

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   **Date** December 29, 2011

**Notice to Counsel/Parties:**   The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |