**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CBUS WIRELESS, LLC, an Ohio Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ACCESSORY EXPORT, LLC, a California Limited Liability Company; BEING WIRELESS INC., a California Corporation; CRAZYONDIGITAL, INC., a California Corporation; LOWER PRICE USA, a California Corporation; RS COMMUNICATIONS, INC., a California Corporation, and FOSMON DISTRIBUTING, LLC, a Minnesota Limited Liability Company; <br><br> Defendants. | **Civil Case No. CV 11-10774 RGK (SSx)** <br><br> **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION AS TO DEFENDANT BEING WIRELESS, INC.** |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment and Permanent Injunction that has been executed by plaintiff CBUS WIRELESS, LLC and defendant BEING WIRELESS, INC. in this action, and good cause appearing therefor:

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2        Defendant BEING WIRELESS, INC., its officers, agents, servants, employees, and
3  attorneys, and all persons in active concert or participation with any of them, are permanently
4  enjoined from:

5        i.    infringing plaintiff's trademarks;
6        ii.   competing unfairly with plaintiff in any manner, including infringing any of
7              plaintiff's trademark rights;
8        iii.  Falsely designating any product as originating from CBUS WIRELESS; and,
9        iv.   conspiring, encouraging, inducing, allowing, abetting, or assisting others in
10             performing any of the activities referred to in subparagraphs (i) - (iii) above.

11       Defendant BEING WIRELESS, its officers, agents, servants, employees, and attorneys,
12 and all persons in active concert or participation with any of them shall stop posting any listings
13 on www.amazon.com for products where said listing contains the term "Cbus" or any
14 confusingly similar mark.

15       Defendant BEING WIRELESS, its officers, agents, servants, employees, and attorneys,
16 and all persons in active concert or participation with any of them shall stop posting any listings
17 on www.amazon.com where said listing uses any image, photograph, or depiction of CBUS
18 WIRELESS' goods.

19       Defendant BEING WIRELESS shall pay plaintiff $3,000 in damages relating to this
20 action.

21       THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

22

23 IT IS SO ORDERED this 9th day of March, 2012.

24
25                                          _____
                                            HON. R. GARY KLAUSNER
26                                          United States District Judge
27
28

Civil Case No. CV 11-10774 RGK (SSx)
[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION AS TO
DEFENDANT BEING WIRELESS, INC.